**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00034-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE GABRIEL CONTRERAS-CONTRERAS,
    a/k/a Jose Gabriel Contreras,

      Defendant.

---

**MINUTE ORDER**[1]

---

      A Notice of Disposition has been filed in this matter. On **March 21, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a change of plea hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: March 19, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.